## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____

**NANCY GARNER,**

    **PLAINTIFF,**

v.                                                            Civil Action No. 3:03cv556WS

**COMCAST, INC.,**

    **DEFENDANT.**
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Nancy Garner and Defendant, Comcast, Inc. have settled this case and and that by the parties' agreement Plaintiff's complaint should be dismissed with prejudice and each party should bear her or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is dismissed in its entirety with prejudice and further that each party shall bear her or its' own costs and fees.


                                                        S/DAVID BRAMLETTE
                                                        U.S. DISTRICT COURT JUDGE

                                                        DATE:   April 5, 2006

APPROVED:


*s/s Ron L. Woodruff (with permission Sylvia R. Adams)*
JIM WAIDE
RON L. WOODRUFF
Attorneys for Plaintiff Nancy Garner


*s/s Paul E. Prather*
PAUL E. PRATHER
SYLVIA R. ADAMS
Attorneys for Defendant Comcast, Inc.